IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ETHEL MAE HAINEY,<br><br>        Plaintiff,<br><br>    v.<br><br>MIDLAND FUNDING, LLC, a/k/a ENCORE CAPITAL GROUP, INC., a/k/a, MIDLAND CREDIT MANAGEMENT, INC., et al.,<br><br>        Defendants. | Civil No. 07-3740-RMB-AMD |

## **SCHEDULING ORDER**

This Scheduling Order sets forth the following directives:

IT IS on this **18th** day of **August 2008**, hereby **ORDERED**:

1. The Court will conduct a telephone status conference on **September 12, 2008 at 9:45 A.M.**.  Counsel for plaintiff shall initiate the telephone call.

                                        s/ Ann Marie Donio
                                        ANN MARIE DONIO
                                        UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Renée Marie Bumb