MARSHALL, DENNEHEY, WARNER,
    COLEMAN & GOGGIN
425 EAGLE ROCK AVENUE, SUITE 302
ROSELAND, NJ 07068
(973) 618-4100
ATTORNEYS FOR DEFENDANTS - Nudelman, Nudelman & Ziering, P.C., Gary Lewis, Esq., Midland Funding, LLC, Midland Credit Management, Inc. and Amy Berscheit

<u>**ELECTRONICALLY FILED**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ETHEL MAE HAINEY<br><br>                     Plaintiff<br><br>v.<br><br>MILDLAND FUNDING, LLC.,<br>MIDLAND CREDIT MANAGEMENT,<br>INC., AMY BERSCHEIT individually and<br>as agent for Midland Funding, LLC. and as<br>for Midland Credit Management, Inc.,<br>NUDELMAN , NUDELMAN &<br>ZIERING, P.C.,  GARY S. LEWIS<br>individually and as agent for Nudelman,<br>Nudelman & Ziering, P.C., COMMERCE<br>BANK, N.A. a/k/a and/or d/b/a and /or t/a<br>Commerce Bancorp, Inc. a/k/a and /or<br>d/b/a and/or t/a Commerce Bank<br><br>                     Defendants | CIVIL ACTION:     07-cv-03740<br><br><br>Civil Action<br><br><br>**OFFER OF JUDGMENT**<br>**PURSUANT TO FRCP 68** |

    Pursuant to Fed. R. Civ. Pro. 68, the defendants, Nudelman, Nudelman & Ziering, P.C., Gary Lewis, Esq., Midland Funding, LLC, Midland Credit Management, Inc. and Amy Berscheit, offer to accept judgment in favor of the plaintiff in the amount of $6500.00, including interest, and $7500.00 for counsel fees for plaintiff's counsel.

<u>/s/ Howard B. Mankoff</u>
By: Howard B. Mankoff
Marshall, Dennehey, Warner,
Coleman & Goggin
Counsel for defendants,
Nudelman, Nudelman & Ziering, P.C., Gary Lewis, Esq., Midland Funding, LLC, Midland Credit Management, Inc. and Amy Berscheit

Date: May 5, 2009